# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2582 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 33 DB 2019 |
| | : | |
| v. | : | Attorney Registration No. 74862 |
| | : | |
| CATHERINE ANN MULDOON, | : | (Philadelphia) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 4th day of November, 2019, on certification by the Disciplinary Board that Catherine Ann Muldoon, who was suspended on consent for a period of six months, has filed a verified statement showing compliance with the order of suspension and Pa.R.D.E. 217, Catherine Ann Muldoon shall be returned to administrative suspension.